804

for writ of certiorari, certiorari denied.

No. 82–6721. OGROD ET AL. *v.* SCHOOL DISTRICT OF PHILA-DELPHIA. Appeal from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–6783. SPENCE *v.* RODGERS ET AL. Appeal from C. A. 4th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–6850. OGROD *v.* WEISS ET AL. (two cases). Appeals from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari denied.

No. 82–6989. LINDEN *v.* NEW YORK. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–19. CRANE ET UX. *v.* MICHIGAN ET AL. Appeal from Ct. App. Mich. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–5072. WEIGANG *v.* SILVERMAN ET AL. Appeal from Sup. Jud. Ct. Me. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–5199. OGROD *v.* WEISS ET AL. Appeal from D. C. E. D. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–1868. ARNOLD TRANSIT CO., INC., ET AL. *v.* CITY OF MACKINAC ISLAND. Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.